# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0719
_____

DASYAM SAMUEL RAJASEKHAR,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and 22ND
CENTURY TECHNOLOGIES, INC.,

Appellees.

_____

On appeal from the Reemployment Assistance Appeals Commission.
Charles T. Faircloth, Jr., Chairman.

November 26, 2025

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Dasyam Samuel Rajasekhar, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.